**CITY OF LEXINGTON, Respondent,**

v.

**Wade E. PUGH, Appellant.**

**No. WD 38349.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied
April 14, 1987.

Hines & Magee, L.R. Magee, Kansas City, for appellant.

J. Armin Rust, Asst. City Atty., Lexington, for respondent.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from jury conviction of the offense of assault in violation of ordinance Section 14–42 of the City of Lexington.

Judgment affirmed. Rule 30.25(b).